381 P.2d 434

**Roy E. LEDOUX, Petitioner,**

**v.**

**A. K. MONTGOMERY et al., Respondents**
**No. 29 HC.**

Supreme Court of New Mexico.

May 17, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of habeas corpus be and the same is hereby denied for the reason that the petition presents nothing for the consideration of the Court.